# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADALBERTO BERNAL,<br>    Plaintiff<br><br>v.<br><br>CITY OF SPRINGFIELD,<br>CHRISTOPHER E. COLLINS,<br>DAVID SUCHCICKI, INDIVIDUALLY,<br>JOHN WAJDULA, INDIVIDUALLY,<br>JOHN BARBIERI, POLICE COMMISSIONER,<br>JOHN DOES 1-20,<br>    Defendants | C.A. NO.: 3:18-CV-30076 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my withdrawal of appearance for the Defendant, City of Springfield, in the above entitled action.

                                    Respectfully submitted,
                                    The Defendant,
                                    City of Springfield


Dated:  May 21, 2019                /s/ Kathleen E. Sheehan
                                    Kathleen E. Sheehan, Esq. BBO#456910
                                    City of Springfield Law Department
                                    1600 E. Columbus Ave., 2nd Floor
                                    Springfield, MA 01103
                                    Tel:    (413) 787-6654
                                    Fax:    (413) 750-2363
                                    Email: ksheehan@springfieldcityhall.com

**CERTIFICATE OF SERVICE**

    I, the undersigned do hereby certify a true copy of the within Notice of Appearance was this day served upon all parties of record via the Federal Court's ECF Notice and Delivery System. I am unaware of any party who is a non-registered participant and therefore electronic filing is the sole means of this document.

    Signed under the pains and penalties of perjury this 21st day of May 2019.

                                                  /s/ Kathleen E. Sheehan
                                                Kathleen E. Sheehan, Esq.